

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF Z. Z. E-P., A CHILD, | § | No. 08-21-00024-CV |
| | § | Appeal from the |
| Appellant. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2019DCM3417) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **May 5, 2021**. **NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT. THE COURT WILL DENY ALL FURTHER EXTENSIONS.**

It is further ORDERED that the Hon. Maria B. Ramirez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 5, 2021.

IT IS SO ORDERED this 29th day of April, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox J., and McClure, C.J. (Senior Judge)
McClure, C.J. (Senior Judge), sitting by assignment